IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Robert H. Hodges)

No. 06-505 T

BECKER PARTNERS, by and through
Kathleen Becker, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO FILE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 14 days from December 26, 2006, to January 9, 2007, within which to file the Joint Preliminary Status Report. Plaintiff has no objections to the requested 14-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiff's counsel and defendant's counsel have generally discussed the nature of the case, including the potential of going forward on a limited basis with respect to plaintiff's contentions regarding the statute of limitations. Because of the nature of the issues presented by this case, various components of the Department of Justice must coordinate in the preparation of the defendant's contribution to the Joint Preliminary Status Report. At this time, defendant's

counsel has been informed that the one of the components in the Department of Justice will be unavailable until after the New Year to review the Joint Preliminary Status Report. The additional time requested is required to allow for the parties to draft the Joint Preliminary Status Report, including the necessary review in the Department of Justice.

WHEREFORE, the defendant prays that its unopposed motion for a14-day extension of time to file the Joint Preliminary Status Report be granted.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson