# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, | * * | |
| Plaintiff, | * | No. 06-505T |
| v. | * | Filed: February 7, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

The parties' joint motion to suspend proceedings pending the outcome of Grapevine Imports, Ltd. v. United States, Fed. Cl. No. 05-296, is GRANTED. The parties shall file a status report within 14 days of the decision in Grapevine and propose a schedule for further proceedings

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge