# In the United States Court of Federal Claims

* * * * * * *

BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, *

Plaintiff, * No. 06-505T

v. * Filed: August 1, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties filed a joint status report including a motion for enlargement for an additional 30 days within which to suggest further proceedings. The motion is hereby GRANTED. The parties' status report is due on or before August 31.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge