IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on August 22, 2007)

| | | |
|---|---|---|
| BECKER PARTNERS, | ) | |
| by and through Kathleen Becker, | ) | |
| A Partner Other Than the Tax Matters Partner, | ) | |
| | ) | |
| Petitioner, | ) | Docket No. 06-505T |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO SUSPEND PROCEEDINGS**

The parties respectfully move this Court to suspend all proceedings in this case until resolution of an issue in a case currently pending before this Court, which is similar to a potentially dispositive issue present in this case. The parties believe that the suspension will promote judicial economy. Defendant's counsel has reviewed the contents of this motion and authorized plaintiff's counsel to file it as a joint motion.

This case presents a potentially dispositive issue that centers on whether defendant made its adjustments to plaintiffs' tax returns within the applicable period of limitations. Specifically, plaintiffs will argue that the six-year statutes of limitation found in IRS § 6501(e) and IRC § 6229(c)(2) do not apply because the alleged overstatement of basis at issue in this case does not constitute an omission of income within the meaning of those statutes. Alternatively, plaintiffs will argue that the extended statutes of limitation do not apply because plaintiffs adequately disclosed the transaction at issue on their tax returns. Defendant disputes these arguments, and believes that its adjustments were timely under the six-year statutes of limitation.

This Court previously suspended this case pending the outcome of the *Grapevine Imports* case also pending before the Court of Federal Claims that presented very similar issues. Judge Allegra recently decided the omission issue in favor of the taxpayer in *Grapevine Imports, Ltd. v. United States*, --- Fed. Cl. ---, 2007 WL 2049394 (July 17, 2007). However, the omission issue and also the adequate disclosure issue are presently pending before this Court in *Leadbetter Family LLP v. United States*, 06-492T (Judge Hodges), and *Salman Ranch v United States,* 06-503T (Judge Christine O. C. Miller). The *Leadbetter* case has been fully briefed and awaits disposition by the Court. The *Salman Ranch* case has been fully briefed and argued and awaits disposition by the Court. Both parties believe that a ruling in *Leadbetter* and *Salman Ranch* would at least prove instructive to their approach to this case.

If this motion is granted, the parties propose to propose to the Court a schedule for further proceedings within 14 days this Court's ruling on the statute of limitations issues in the *Leadbetter* case.

WHEREFORE, the parties respectfully request that the Court grant this motion and suspend all proceedings in this case until resolution of the statute of limitations issue in *Leadbetter Family LLP v. United States*, 06-492T (Judge Hodges).

Dated: August 22, 2007

Respectfully submitted,

*s/* Thomas A. Cullinan___________

Thomas A. Cullinan
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8075
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:
N. Jerold Cohen
Sheldon M. Kay
Joseph M. DePew
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806