# In the United States Court of Federal Claims

* * * * * * *

BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, *

Plaintiff, *

v. * No. 06-505T

UNITED STATES OF AMERICA, * Filed: August 23, 2007

Defendant. *

* * * * * * *

**ORDER**

The parties' joint motion to suspend proceedings pending the outcome of Leadbetter Family, LLP v. United States, Fed. Cl. No. 06-492T, is GRANTED. The parties shall file a status report within 14 days of the decision in Leadbetter and propose a schedule for further proceedings.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge