# In the United States Court of Federal Claims

**No. 06-505T**

**BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**