IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge Margaret M. Sweeney)

No. 06-505 T

BECKER PARTNERS, by and through
Kathleen Becker, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order of December 17, 2007, the parties respectfully file this Joint Status report regarding continued suspension this case pending a decision in *Leadbetter Family LLP v. United States*, Fed. Cl. No. 06-492T, in light of the recent stay of that case. Plaintiff's counsel has reviewed the contents of this report and authorized defendant's counsel to file it as a Joint Status Report.

This case presents a potentially dispositive issue that centers on whether defendant made its adjustments to plaintiffs' tax returns within the applicable period of limitations. Specifically, plaintiffs will argue that the six-year statutes of limitation found in IRS § 6501(e) and IRC § 6229(c)(2) do not apply because the alleged overstatement of basis at issue in this case does not constitute an omission of income within the meaning of those statutes. Alternatively, plaintiffs will argue that the extended statutes of limitation do not apply because plaintiffs adequately disclosed the transaction at issue on their tax returns. Defendant disputes these arguments, and believes that its adjustments were timely under the six-year statutes of limitation.

The parties understand that *Leadbetter Family LLP* has been stayed pending the decision by the United States Court of Appeals for the Federal Circuit on whether it will permit an interlocutory appeal from a decision by the Court of Federal Claims in *Salman Ranch v. United States*, Fed. Cl. No. 06-503, and, if appeal is permitted, pending the final decision by the Federal Circuit. Because the decision from which appeal is sought in *Salman Ranch* addresses statute of limitations issues which are very similar to those presented in this case, the parties believe the stay in the present case should be continued pending the decision of the Federal Circuit on whether it will permit an interlocutory appeal from a decision by the Court of Federal Claims in *Salman Ranch*, and, if appeal is permitted, pending the final decision by the Federal Circuit. If the Federal Circuit does not permit an interlocutory appeal, the parties propose to file another status report within 30 days of that decision indicating whether the case should continue to be stayed pending resolution of *Salman Ranch* or *Leadbetter Family, LLP*.

WHEREFORE, the parties respectfully request that the Court continue the suspension of all proceedings in this case until the Federal Circuit decides on whether it will permit an interlocutory appeal from a decision by the Court of Federal Claims in *Salman Ranch v. United States*, Fed. Cl. No. 06-503, and, if appeal is permitted, pending the final decision by the Federal Circuit in that case.

Respectfully submitted,
s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
s/David Gustafson