# In the United States Court of Federal Claims

No. 06-505 T
(Filed: January 18, 2008)

| | |
|---|---|
| BECKER PARTNERS, by and through Kathleen Becker, A Partner Other Than the Tax Matters Partner, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On January 16, 2008, the parties in the above-captioned case filed a Joint Status Report pursuant to the court's December 17, 2007 order. The parties request that the court continue the stay in this case on the same terms in which the court stayed the action in Leadbetter Family LLP, No. 06-492T; in other words, until the Federal Circuit decides whether to grant an interlocutory appeal in Salman Ranch Ltd. v. United States, No. 06-503T, and, if the Federal Circuit allows the appeal, until the Federal Circuit renders a decision. Thus, the instant case shall remain **STAYED**.

The parties shall file another joint status report indicating whether they want the stay to remain in place pending this court's decision in Leadbetter Family LLP **within thirty days** of (1) the Federal Circuit's denial of an interlocutory appeal in Salman Ranch Ltd. or, if it grants an interlocutory appeal, (2) the Federal Circuit's decision in Salman Ranch Ltd.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge